Pedro Rodriguez                                              02 Cr. 902-01 (SHS)

**JUDICIAL RESPONSE:**

**TRANSFER OF JURISDICTION APPROVED (please see Prob. 22)** ____X____

**DENIED:** _____

**COMMENTS:** _____
_____

_____8/28/09_____                    _____[signature]_____
DATE                                 Honorable Sidney H. Stein
                                     U. S. District Court Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/09
```

NY 201
Rev.12/07