02CR902-01(SHS)  
Pedro Rodriguez

P35945-S. Gonzalez

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12|1|09
```



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[X]  Transfer of Jurisdiction Approved (Probation 22s attached)

[ ]  Transfer of Jurisdiction Denied

[ ]  Other:
_____
_____
_____
_____

_____  
Signature of Judicial Officer

12/1/09  
Date